IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DERRICK BEENER,

   Plaintiff,

    v.

JEFFREY MANN
and/or His Successor(s) or Assignee(s)
in His Official Capacity as Sheriff of
DeKalb County, Georgia, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-46-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 9 day of June, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\16\Beener\r&r.wpd